IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Criminal Action:   15-cr-00225-RBJ              Date:  February 25, 2016
Courtroom Deputy:  Julie Dynes                  Court Reporter: Kara Spitler
Interpreter:       N/A                          Probation:  Gary Burney

| *Parties* | *Counsel* |
| --- | --- |
| UNITED STATES OF AMERICA<br>**Plaintiff** | *Jason A. St. Julien* |
| v. | |
| 1. LARRY MALONEY<br>**Defendant(s)** | *Scott T. Varholak* |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**   1:32 p.m.

Interpreter sworn.

Appearances of counsel.

Defendant present on bond.

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**   [33] Defendant's Sentencing Statement and Motion for variant Sentence is **GRANTED in PART.**

[37] Government's Motion for One-Level Decrease in Defendant's Offense Level as Finally Calculated by the Court is **GRANTED.**

**ORDERED:**  Defendant shall be **imprisoned** for **15 months** as to Count One of the Indictment.

Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **3 years.**

**ORDERED:**  **Standard/Mandatory/Discretionary Conditions** of Supervised Release, as stated on the record, including a **$100.00** Special Assessment fee, to be paid immediately.

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility in Colorado.

Court RECOMMENDS that defendant receive credit for all time served in federal custody on this case.

**ORDERED:**  **Defendant shall voluntarily surrender and report to the institution designated by the Bureau of Prisons within 15 days from the date of designation.**

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**Court in recess:**  2:52 p.m.          Hearing concluded.          Total time:     01:20